UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
99 SEP 14 PM 12:10
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

FW CAGUAS RETAIL JOINT VENTURE,

    Plaintiff

    v.                           Cr. No. 98-1297(PG)

AMERICA'S BEST CONTACTS AND
EYEGLASSES, LIMITED PARTNERSHIP,

    Defendant(s)

| MOTION | ORDER |
|---|---|
| Docket #19 - Settlement Stipulation | The Settlement Stipulation is hereby approved. Judgment shall be entered accordingly. |

Date: September 14, 1999.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge

(2)

