UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

FW CAGUAS RETAIL JOINT VENTURE,

    Plaintiff

v.                                    Civ. No. 98-1297(PG)

AMERICA'S BEST CONTACTS AND
EYEGLASSES, LIMITED PARTNERSHIP,

    Defendant

## JUDGMENT

The Court having entered an order approving the parties' Settlement Stipulation, it is

**ORDERED and ADJUDGED** that said stipulation be and is hereby binding between the parties. FURTHER, it is

**ORDERED and ADJUDGED** that said stipulation be and is hereby made part of this judgment as though set forth <u>in extenso</u>. FURTHER, it is

**ORDERED and ADJUDGED** that the complaint be and is hereby **DISMISSED**.

San Juan, Puerto Rico, September 14, 1998.

JUAN M. PEREZ-GIMENEZ
U. S. District Judge

(2)



AO 72A
(Rev.8/82)